# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAROL A. KALINOSKI,**<br><br>  Plaintiff,<br><br>   v.<br><br>**CARLOS M. GUTIERREZ,**<br>**SECRETARY OF COMMERCE,**<br><br>  Defendant. | Civil Action No.  04-1206 (JDB) |

## ORDER

Upon consideration of defendant's motion for summary judgment and the entire record herein, and for the reasons stated in the memorandum opinion issued on this date, it is this <u>25th</u> day of <u>May</u>, 2006, hereby

**ORDERED** that [29] defendant's motion for summary judgment is **GRANTED IN PART AND DENIED IN PART**; it is further

**ORDERED** that judgment is entered in favor of defendant and against plaintiff on the issue whether plaintiff was constructively discharged; and it is further

**ORDERED** that the motion is **DENIED** in all other respects; and it is further

**ORDERED** that the parties shall appear for a status conference with the Court, as previously scheduled, at 9:00 a.m. on May 31, 2006.

                                                /s/ John D. Bates
                                                    JOHN D. BATES
                                      United States District Judge

Copies to:

Robert C. Seldon
ROBERT C. SELDON & ASSOCIATES, PC
1319 F Street, NW, Suite 305
Washington, DC  20004

*Counsel for plaintiff*


Mercedeh Momeni
OFFICE OF THE U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC  20530
Email: mercedeh.momeni@usdoj.gov

*Counsel for defendant*